## Commonwealth *v.* Summerville, Appellant.

Submitted September 13, 1973. *John G. Veith,* for appellant; *Louis A. Perez, Jr.,* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assist-

ant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.